1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   MATTHEW S. MCCONNELL, Cal. Bar No. 209672
3  TARA WILCOX, Cal. Bar No. 157015
   12775 El Camino Real, Suite 200
4  San Diego, California 92130-2006
   Telephone:  (858) 720-8900
5  Facsimile:    (858) 509-3691

6  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual, | Case No. 8:19-cv-00289-JVS-JDE |
| Plaintiff, | [Complaint Filed: December 10, 2018] |
| v. | [Removed from Orange County Superior Court, Case No. 30-2018-01037436-CU-OE-CJC] |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation; JOSH STRAWBERRY, an individual; and DOES 1 through 100, | |
| Defendants. | **ORDER RE STIPULATION TO REMAND CASE TO STATE COURT** |

# ORDER

Based upon the parties' joint stipulation, and finding good cause thereon, the Court hereby ORDERS as follows:

The entire action is hereby remanded to the Orange County Superior Court.

Dated: March 19, 2019

_____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA